# First District Court of Appeal
## State of Florida

———————————————

No. 1D20-2315

———————————————

King Charter Schools, Inc.,

Appellant,

v.

Department of Agriculture &
Consumer Services,

Appellee.

———————————————

On appeal from the Department of Agriculture & Consumer Services.
Lakeisha Hood, Director.

September 30, 2021

Per Curiam.

Affirmed.

B.L. Thomas, Roberts, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

James K. Green of James K. Green, P.A., West Palm Beach, for Appellant.

Steven Hall, General Counsel, and Darby Shaw, Assistant General Counsel of the Department of Agriculture & Consumer Services, Tallahassee, for Appellee.